# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

Aaron Lee Bullock,

Plaintiff,

v.

Florida Department of Children and Families (DCF); Orange County Sheriff's Office (OCSO),

Defendants.

Case No. **6:25-cv-01462-JSS-LHP**

---

## FIRST AMENDED COMPLAINT

## FOR INJUNCTIVE RELIEF AND DAMAGES

(42 U.S.C. § 1983, Americans with Disabilities Act)

---

## I. INTRODUCTION

1. Plaintiff Aaron Lee Bullock ("Plaintiff") is a disabled adult, biological father, and the sole caregiver of two severely disabled minor children. This First Amended Complaint arises from Defendants' repeated failure to protect Plaintiff and his children, disability discrimination, retaliation for protected activity, and systemic violations of Plaintiff's and his children's constitutional and federal statutory rights.

2. Defendants Florida Department of Children and Families ("DCF") and Orange County Sheriff's Office ("OCSO") have acted unlawfully, ignoring credible reports of abuse by a third party, retaliating against Plaintiff for reporting such abuse, failing to accommodate Plaintiff's disabilities and those of his children, and actively engaging in conduct that has caused significant emotional, physical, and financial harm to Plaintiff and his family.

3. Plaintiff seeks declaratory and injunctive relief to prevent unlawful removal of his children and to stop ongoing retaliation and discrimination. Plaintiff also seeks actual damages totaling no less than $10,000,000 for physical injuries, emotional distress, lost income, medical expenses, and other harms

caused by Defendants' actions and inactions.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343, as this action arises under the Constitution and federal statutes, including 42 U.S.C. § 1983 and the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12131 et seq.

5. Venue is proper in this District under 28 U.S.C. § 1391(b) because the events giving rise to this claim occurred in Orange County, Florida.

## III. PARTIES

6. Plaintiff Aaron Lee Bullock is a resident of Orlando, Florida, who is disabled, the biological father, and primary caregiver for two medically and developmentally complex minor children.

Case 6:25-cv-01462-JSS-LHP   Document 6   Filed 08/04/25   Page 4 of 10 PageID 65

4

7. Defendant Florida Department of Children and Families (DCF) is a state agency responsible for child welfare, including investigations and protection services.

8. Defendant Orange County Sheriff's Office (OCSO) is the local law enforcement agency responsible for law enforcement and protection services in Orange County, Florida.

## IV. FACTUAL ALLEGATIONS

9. Plaintiff has repeatedly reported credible abuse and neglect against himself and his children, including physical abuse, psychological abuse, and financial exploitation.

10. Despite numerous reports, Defendants have failed to investigate or intervene to protect Plaintiff and his children.

11. Defendants retaliated against Plaintiff for making these reports by initiating retaliatory investigations and treating Plaintiff as an aggressor rather than a

victim.

12. Plaintiff and his children have recognized disabilities, including neurodevelopmental and psychiatric conditions. Defendants were made aware of these disabilities but failed to provide reasonable accommodations as required by law.

13. Defendants have actively used Plaintiff's disabilities as a basis to discredit his reports, harass him, and justify unwarranted interference with his custody rights.

14. Defendants have recorded and surveilled Plaintiff without his consent during moments of distress, violating his privacy and ADA protections.

15. Due to Defendants' actions and inactions, Plaintiff has suffered ongoing emotional distress, exacerbation of his medical conditions, loss of employment, financial hardship, and physical injuries.

16. Plaintiff's children have been deprived of critical benefits and care, and face imminent risk of unlawful removal to the custody of their abuser.

## V. CAUSES OF ACTION

Count 1 – Violation of 42 U.S.C. § 1983 – Due Process and Equal Protection

17. Defendants, acting under color of state law, have deprived Plaintiff of rights secured by the Due Process and Equal Protection Clauses of the Fourteenth Amendment by failing to protect Plaintiff and his children, retaliating against Plaintiff for exercising constitutional rights, and discriminating on the basis of disability.

Count 2 – Violation of the Americans with Disabilities Act (ADA), Title II

18. Defendants have discriminated against Plaintiff and his children by failing to provide reasonable accommodations, denying access to services, and retaliating due to disabilities.

Count 3 – Retaliation

19. Defendants have retaliated against Plaintiff for filing complaints and reporting abuse by initiating retaliatory investigations and taking adverse actions against him and his children.

---

## VI. DAMAGES

20. As a direct and proximate result of Defendants' unlawful conduct, Plaintiff has suffered and continues to suffer:

- Physical injuries caused by neglect and failure to intervene;

- Severe emotional distress and psychological trauma;

- Loss of employment and income due to forced ADA leave and retaliation;

- Medical and therapeutic expenses for himself and his children;

- Loss and disruption of federal benefits to which the children are entitled;

- Costs associated with legal actions to protect his family;

- Harm to family relationships and custody status;

- Other general and special damages as will be proven at trial.

Plaintiff seeks compensatory damages in an amount not less than $10,000,000.

---

## VII. RELIEF REQUESTED

Plaintiff respectfully requests that this Court enter judgment in his favor and award the following relief:

A. Declaratory judgment that Defendants violated Plaintiff's constitutional rights and federal disability laws;

B. Preliminary and permanent injunctions preventing Defendants from unlawfully removing Plaintiff's children or retaliating against Plaintiff;

C. Award of compensatory damages in an amount not less than $10,000,000, including but not limited to actual damages for physical injury, emotional distress, lost wages, medical costs, and loss of benefits;

D. Award of costs and attorney's fees under 42 U.S.C. § 1988 and other applicable statutes;

E. Such other and further relief as this Court deems just and proper.

## VIII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## IX. VERIFICATION

I, Aaron Lee Bullock, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this ___ day of August, 2025.

Aaron Lee Bullock

Pro Se Plaintiff

**Respectfully** submitted,

this 4th day of August, 2025.

x _____

Aaron Lee Bullock

3500 Winona Drive

Orlando, FL 32812

aaron.bullock.1389@gmail.com

(407) 800-6580